IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO: 8:21-MJ-1632

V

MICHAEL PERKINS
_____/

## NOTICE OF APPEARANCE

**CHRISTOPHER DELAUGHTER**, attorney at law, whose address is 506 North Armenia Avenue, Tampa, Florida 33609, telephone number (813) 877-6970, hereby files his appearance as attorney for the Defendant in the captioned matter.

Respectfully Submitted,

/s Christopher George DeLaughter
Christopher DeLaughter, Esq.
LAW OFFICE OF DARLENE BARROR
506 N. Armenia Ave.
Tampa, FL 33609
813 877 6970
813 879 2610 fax
chris@barrorlaw.com
FBN 0039629

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by CMECF to the Office of the United States Attorney on June 30, 2021.

/s Christopher George DeLaughter
Christopher DeLaughter, Esq.