UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

CASE No. 8:21-mj-1632-TGW　　　　　DATE: JUNE 30, 2021

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v- | AUSA PATRICK SCRUGGS |
| MICHAEL PERKINS | CJA CHRISTOPHER DELAUGHTER |

INTERPRETER: N/A　　　　　　　　TIME: 2:54-3:22 (28 min)
DEPUTY CLERK: DAWN SAUCIER　　COURTROOM 12A
COURT REPORTER: N/A　　　　　　TAPE: DIGITAL

**PROCEEDING:　　RULE 5/32.1 INITIAL APPEARANCE**

| | |
|---|---|
| __X__ | Defendant advised of charges in Complaint from the District of Columbia (Case No. 1:21-mj-499) |
| __X__ | Arrest Date: 6/30/2021 |
| __X__ | Court advises defendant of Rule 5 and Rule 20 rights and charges |
| __X__ | Court advises government of Due Process obligations under <u>Brady</u> v. <u>Maryland</u> |
| __X__ | Identity hearing and preliminary hearing waived |
| __X__ | Financial affidavit submitted.   CJA appointed for today's hearing. |
| __X__ | Bond/Detention: |

　　　　　　Government: Requests detention as danger to the community and risk of flight; presumption applies; assaulted law enforcement officer with a flag pole; facing two to three years imprisonment on assault charge

　　　　　　Defendant: Reserves on a detention hearing in this district.

　　　　　　Court: Defendant to be detained on the basis of the presumption but reserving to the defendant the right to have the matter of bail reconsidered on the filing of an appropriate motion.

| | |
|---|---|
| __X__ | Defendant remanded to custody of U.S. Marshal |